DOLAN et ux., Plaintiffs and Respondents

v.

HUDSON et ux., Defendants, Cross-Complainants and Appellants

v.

DOLAN and PFEIFER-DRAKE & DODGE COMPANY, Defendants under Cross-Complaint, and Respondents

(159 N.W.2d 128)

(File No. 10416.  Opinion filed May 29, 1968)

**Jones & Matthews, E. G. Jones,** Sioux Falls, for defendants and appellants.

**May, Boe & Johnson,** Sioux Falls, for plaintiffs and respondents.

PER CURIAM:

After defendants' petition for rehearing was granted in this case further argument was heard. Having reconsidered arguments presented on rehearing, a majority of the court is not disposed to recede from the views expressed in the former opinion reported in 83 S.D. 144, 156 N.W.2d 78. We, therefore, adhere to that opinion and the judgment dated September 22, 1966 and the subsequent orders however denominated are hereby affirmed.